UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOHN DELLAPORTAS,

                            Plaintiff,                        **24-CV-793 (VM) (VF)**

                -against-                              **ORDER**

HANA SHAHIN,

                            Defendant.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

As discussed at the discovery conference on September 23, 2025, it is hereby ORDERED as follows:

In regard to the motion to compel Nord VPN (ECF No. 48), the Court received an opposition from Nord VPN via e-mail on September 23, 2025. Nord VPN is directed to file the opposition on ECF. Plaintiff is directed to properly effectuate service upon Nord VPN. If personal service cannot be completed, Plaintiff can request authorization to serve Nord VPN via alternative means.

A discovery conference is scheduled for **November 3, 2025 at 10 a.m.** to discuss the motion to compel at ECF No. 48. Nord VPN is thus directed to appear at the conference. The conference will take place in Courtroom 17-A, 500 Pearl Street, New York, New York.

In regard to the letter motion filed at ECF No. 33, involving the subpoena to Kelley Drye, the objection to Request No. 1 is sustained. Kelley Drye does not need to produce documents responsive to that request for the reasons discussed at the conference. For Request No. 2, Kelley Drye is directed to produce documents sufficient to show the annual compensation and benefits provided by Kelley Drye to John Dellaportas for the years 2017,

2018, and 2019. Any responsive documents produced by Kelley Drye should be produced Attorney's Eyes Only. These documents cannot be shared with Defendant without prior approval from the Court. For Request No. 3, Kelley Drye is directed to produce documents sufficient to show the reason for John Dellaportas's departure from the firm, if any such documents exist, after conducting a reasonable search.

The deadlines for discovery set at ECF No. 39 are extended by sixty days, whereby fact discovery will now close on **Friday, December 26, 2025** and expert discovery will close on **Friday, February 27, 2026**. The parties are directed to file a joint status update on the status of discovery by **Tuesday, October 28, 2025**.

    **SO ORDERED.**

DATED:    New York, New York
              September 24, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge