**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

JOHN DELLAPORTAS,

                       Plaintiff,

        -against-

HANA SHAHIN,

                    Defendant.

------------------------------------------------------------------X

                             **24-CV-793 (VM) (VF)**

                                   **ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

    NordVPN provided a redacted declaration at ECF No. 73. NordVPN is directed to file an unredacted version of the declaration at the "SELECTED PARTIES" viewing level with an accompanying motion to seal, making a showing pursuant to Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006).

    **SO ORDERED.**

DATED:    New York, New York
             January 7, 2026

                                    VALERIE FIGUEREDO
                                  United States Magistrate Judge