**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JOHN DELLAPORTAS,

                    Plaintiff,                    **24-CV-793 (VM) (VF)**

      -against-                        **ORDER**

HANA SHAHIN,

                  Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

On January 7, 2026, the Court ordered NordVPN to file an unredacted version of the declaration at the "SELECTED PARTIES" viewing level with an accompanying motion to seal, making a showing pursuant to Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). ECF No. 74. NordVPN is ordered to do so by **January 23, 2026.**

Plaintiff's response to the declaration, if any, is due **January 30, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
            January 15, 2026

                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge